Western District of Wisconsin

Bradley v Mahoney, Carr Quick et al 20-c-51 J.D.P.

Plaintiff hereby gives Notice of Appeal to the Court of Appeals pursuant to Rule 60 and F.R.A.P. Rule 2. Pursuant to Rule 60 Fed R. Civ P., and F.R.A.P. 2 suspension of rules. Plaintiff is in dire need of a appellate practioners handbook to beg in multiple appeals

*[signature]*

11-13-20

Notice of Appeal