# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## PLRA C.R. 3(b) FINAL ORDER

January 8, 2021

| No. 20-3224 | BRANDON BRADLEY,<br>Plaintiff - Appellant<br><br>v.<br><br>DAVID MAHONEY, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:20-cv-00051-jdp<br>Western District of Wisconsin<br>District Judge James D. Peterson ||

The pro se appellant has neither paid the $505.00 appellate fees nor filed a motion for leave to proceed on appeal in forma pauperis in the District Court, as prescribed in *Fed. R. App. P. 24(a)*. Accordingly,

**IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

**IT IS FURTHER ORDERED** that the appellant pay the appellate fee of $505.00 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of *Section 1915(b)*. <u>Newlin v. Helman</u>, 123 F.3d 429, 433 (7th Cir. 1997).

form name: **c7_PLRA_3bFinalOrder**(form ID: **142**)